DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL JOE VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00499 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | |
| MICHAEL JOE VASQUEZ, | Date: May 27, 2011<br>Time: 9:00 a.m. |
| Defendant. | Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for May 13, 2011, **may be continued to May 27, 2011, at 9:00 a.m.**

This continuance is requested by the parties to allow additional time for further plea negotiations. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

McGREGOR W. SCOTT
United States Attorney

DATED: May 12, 2011        /s/ Elana Landau
ELANA LANDAU
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 12, 2011        /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Michael J. Vasquez

## O R D E R

**The continuance is denied.  No good cause has been stated.  Counsel had agreed at the last** status conference that either a change of plea occur, or a trial would be set.   Since the former is apparently not going to happen, counsel need to have their trial calendars at tomorrow's hearing to select a trial date.

IT IS SO ORDERED.

**Dated:   May 12, 2011**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE