DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL JOE VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:10-cr-00499 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER THEREON |
| ) | |
| MICHAEL JOE VASQUEZ, ) | Date: May 27, 2011 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Dept : Hon. Lawrence J. O'Neill |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for May 13, 2011, **may be continued to May 27, 2011, at 9:00 a.m.**

This continuance is requested by the parties to allow additional time for further plea negotiations. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

DATED: May 12, 2011            /s/ Elana Landau
                                     ELANA LANDAU
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: May 12, 2011            /s/ Jeremy S. Kroger
                                   JEREMY S. KROGER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Michael J. Vasquez

## O R D E R

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).  Good cause exists for the continuance.

IT IS SO ORDERED.

**Dated:   May 12, 2011**            **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE