HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL JOE VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL JOE VASQUEZ,<br><br>            Defendant. | No.  Cr. F 10-499 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, MICHAEL JOE VASQUEZ by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen Servatius, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On September 2, 2011, this Court sentenced Mr. Vasquez to a term of 82 months imprisonment;

3.      His total offense level was 29, his criminal history category was II, the resulting guideline range was 97 to 121 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Vasquez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Vasquez's total offense level has been reduced from 29 to 27, and his amended guideline range is 78 to 97 months; a reduction comparable to the one received at the initial sentencing would produce a term of 66 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Vasquez's term of imprisonment to 66 months.

Respectfully submitted,

Dated:  March 10, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   March 10, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
MICHAEL JOE VASQUEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Vasquez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 78 to 97 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 66 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2011 is reduced to a term of 66 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Vasquez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **March 11, 2015**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE